SEYFARTH SHAW LLP
Kathryn C. Palamountain (Cal. Bar No. 183246)
E-mail: cpalamountain@seyfarth.com
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone:   (713) 225-2300
Facsimile:    (713) 225-2340

Attorneys for Defendant
JPMORGAN CHASE & COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>       Plaintiff,<br><br>       v.<br><br>JP MORGAN CHASE & COMPANY DBA JP MORGAN CHASE BANK, N.A., ANTIOCH HILLCREST BRANCH, 749865,<br><br>       Defendant. | Case No. 3:16-cv-07330<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A.** |

Plaintiff Francisca Moralez and Defendant JP Morgan Chase & Company d/b/a JPMorgan Chase Bank, N.A., by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal of JPMorgan Chase Bank, N.A. from the above-captioned matter with prejudice.

| | |
|---|---|
| 1    DATED: July 6, 2017 | Respectfully submitted, |
| 2 | SEYFARTH SHAW LLP |

By: */s/ Kathryn C. Palamountain*
      Kathryn C. Palamountain

Attorneys for Defendant
JPMORGAN CHASE & COMPANY

DATED: July 17, 2017      HUMPHREY LAW GROUP

By: */s/ Russell S. Humphrey w/permission*
      Russell S. Humphrey

Attorneys for Plaintiff
FRANCISCA MORALEZ

## CERTIFICATE OF SERVICE

I hereby certify that on July __, 2017, I electronically filed the foregoing document, with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to the following counsel of record:

    Russell S. Humphrey
    Humphrey Law Group
    343 E. Main St., Suite 714
    Stockton, California  95202
    russell@humphreylawgroup.net

    /s/ Kathryn Christine Palamountain
    Kathryn Christine Palamountain